UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39060 |
|---|---|
| TRACY J STOVER | (Chapter 13) |
| BETTY J. STOVER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995827**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 23/ 29 | MIAMI VALLEY EMER SPECIALISTS<br>2830 VICTORY PKWY<br>SUITE 200<br>COMCOMMATO PJ<br>,  45206 | 8.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/1/2010

Certificate of Service 04-39060

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

TRACY J STOVER
BETTY J. STOVER
130 NOTRE DAME AVENUE
DAYTON, OH 45404

CHARLES B FOX
1344 WOODMAN DR
SUITE F
DAYTON, OH 45432

(69.1n)
CHRISTOPHER G PHILLIPS
4805 MONTGOMERY RD
SUITE 320
NORWOOD, OH 45212

(29.1)
MIAMI VALLEY EMER SPECIALISTS
2830 VICTORY PKWY
SUITE 200
COMCOMMATO PJ
, 45206

Jeffrey M. Kellner BY  ___/s/ Jeffrey M. Kellner_____  cs